**Order entered February 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01108-CR

**JIMMY PORRAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F06-19430-U**

## ORDER

Before the Court is appellant's February 20, 2019 motion to set aside court-appointed counsel's brief and allow retained counsel to file a brief. On September 14, 2018, appellant gave notice of appeal and requested the appointment of counsel to represent him. The trial court appointed Sharita Blacknall to be appellant's counsel. On December 3, 2018, John D. Nation filed an entry of appearance as counsel with the Court. No motion to substitute counsel was filed.

Retained and appointed counsel requested successive extensions on appellant's brief. On February 19, 2019, appointed counsel filed an *Anders* brief but did not file a motion to withdraw to accompany the brief. Retained counsel now moves to set aside the *Anders* brief appointed

counsel filed and to allow retained counsel to file a brief before the current March 11, 2019 briefing deadline.

We **GRANT** the motion. We **STRIKE** the brief filed on appellant's behalf on February 19, 2019 by appointed counsel Sharita Blacknall.

On our own motion, we **DIRECT** the Clerk of the Court to **REMOVE** Sharita Blacknall and **SUBSTITUTE** John D. Nation as counsel for appellant. All future correspondence should be sent to John D. Nation; 4925 Greenville Ave.; Suite 200; Dallas, Texas 75206; telephone: (214) 800-5160; facsimile: (214) 800 5161; email: nationlawfirm@gmail.com.

Appellant's brief shall be due on or before **March 11, 2019**.


/s/     LANA MYERS
        JUSTICE